UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:17-cv-80499-RLR

COMPULIFE SOFTWARE INC.,

        Plaintiff,

v.

ONE RESOURCE GROUP CORPORATION, AMERICAN WEB DESIGNERS LTD., TODD J. STEWART, ANTHONY M. WILSON, BRIAN P. MCSWEENEY, MBM LIFE QUOTES, LLC, DAVID RUTSTEIN, BINYOMIN RUTSTEIN AND MOSES NEWMAN,

        Defendants.

## STIPULATION FOR DISMISSAL

Plaintiff COMPULIFE SOFTWARE INC. ("Compulife") and Defendant AMERICAN WEB DESIGNERS LTD. ("AWD"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Defendant AWD is owned or controlled by David Rutstein and Binyomin Rutstein.

2. AWD is in privity with David Rutstein and Binyomin Rutstein.

3. David Rutstein and Binyomin Rutstein were defendants in *Compulife Software, Inc. v. Moses Newman, Aaron Levy, David Rutstein a/k/a David Gordon a/k/a Bob Gordon a/k/a Nate Golden and Binyomin Rutstein a/k/a Ben Rutstein*, Case Number: 9:16-cv-81942-RLR (the '942 Case") and *Compulife Software, Inc. v. Binyomin Rutstein a/k/a Ben Rutstein and David*

*Rutstein a/k/a David Gordon a/k/a Bob Gordon a/k/a Nate Golden*, Case Number 9:16-cv-80808-RLR (the "'808 Case").

4. A bench trial was held in the '942 Case and the '808 Case.

5. Following the bench trial, on March 12, 2018, the Court entered Findings of Fact and Conclusions of Law and a Judgment (at Doc. 224 and 225 in the '808 and '942 cases in favor of David Rutstein and Binyomin Rutstein and against Compulife on all counts.

6. The Judgment entered in the '942 Case and the '808 Case is *res judicata* as to AWD's liability to Compulife in this case.

WHEREFORE, Compulife and AWD, by and through their undersigned counsel, stipulate to the dismissal of this case with prejudice, subject to Compulife's right to reopen this case and set aside this dismissal in the event that the Findings of Fact and Conclusions of Law and/or the Judgment entered against Compulife in the '942 Case and/or the '808 Case is vacated, reversed, modified and/or remanded in any way as to defendants David Rutstein or Binyomin Rutstein.

Dated: March 19, 2018

| | |
|---|---|
| */s/ Joel B. Rothman* | */s/Allison L. Friedman* |
| JOEL B. ROTHMAN | ALLISON L. FRIEDMAN |
| Florida Bar No. 98220 | Florida Bar No. |
| joel.rothman@sriplaw.com | ralfriedman@hotmail.com |
| | |
| **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC** | **ALLISON L. FRIEDMAN, P.A.** |
| 4651 North Federal Highway | 20533 Biscayne Boulevard |
| Boca Raton, FL 33431 | Suite 4-435 |
| 561.404.4350 – Telephone | Miami, FL 33180 |
| 561.404.4353 – Facsimile | |
| | *Attorney for American Web Designers Ltd.* |

*Attorneys for Plaintiff Compulife Software, Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on March19, 2018, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

> */s/Joel B. Rothman*
> JOEL B. ROTHMAN

## SERVICE LIST

> Ms. Allison Friedman
> Allison L. Friedman, P.A.
> 20533 Biscayne Boulevard
> Suite 4-435
> Miami, FL 33180
> ralfriedman@hotmail.com
>
> Attorney for American Web Designers Ltd.,