**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.:  9:17-cv-80499-RLR**

COMPULIFE SOFTWARE INC.,

        Plaintiff,

v.

ONE RESOURCE GROUP CORPORATION,
AMERICAN WEB DESIGNERS LTD.,
TODD J. STEWART, ANTHONY M.
WILSON, BRIAN P. MCSWEENEY, MBM
LIFE QUOTES, LLC, DAVID RUTSTEIN,
BINYOMIN RUTSTEIN AND MOSES
NEWMAN,

        Defendants.

## [PROPOSED] ORDER ON STIPULATION FOR DISMISSAL

This matter came before the Court on the Stipulation for Dismissal filed by Plaintiff COMPULIFE SOFTWARE INC. ("Compulife") and Defendant AMERICAN WEB DESIGNERS LTD. ("AWD"), and the Court having reviewed the Stipulation and being otherwise fully advised it is ORDERED AND ADJUDGED that this case is dismissed with prejudice, subject to Compulife's right to reopen this case and set aside this dismissal in the event that the Findings of Fact and Conclusions of Law and/or the Judgment entered against Compulife in *Compulife Software, Inc. v. Moses Newman, Aaron Levy, David Rutstein a/k/a David Gordon a/k/a Bob Gordon a/k/a Nate Golden and Binyomin Rutstein a/k/a Ben Rutstein*, Case Number:  9:16-cv-81942-RLR or *Compulife Software, Inc. v. Binyomin Rutstein a/k/a Ben Rutstein and David Rutstein a/k/a David Gordon a/k/a Bob Gordon a/k/a Nate Golden*, Case

Number 9:16-cv-80808-RLR is vacated, reversed, modified and/or remanded in any way as to defendants David Rutstein or Binyomin Rutstein.

    Done and ordered in Chambers at West Palm Beach, Florida this \_\_\_\_ day of March 2018.

                                        Honorable Robin L. Rosenberg
                                        UNITED STATES DISTRICT JUDGE