UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:17-CV-80499-ROSENBERG/REINHART

COMPULIFE SOFTWARE, INC.,

    Plaintiff,

v.

ONE RESOURCE GROUP CORPORATION *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court upon the parties' Stipulation for Dismissal [DE 145], in which the parties stipulate to the following facts: (1) Defendant American Web Designers Ltd. ("AWD") is owned or controlled by David Rutstein and Binyomin Rutstein. (2) AWD is in privity with David Rutstein and Binyomin Rutstein. (3) David Rutstein and Binyomin Rutstein were defendants in *Compulife Software Inc. v. Moses Newman et al.*, Case No. 9:16-cv-81942 ("the '942 Case") and *Compulife Software, Inc. v. Binyomin Rutstein et al.*, Case No. 9:16-cv-80808 ("the '808 Case"). (4) A bench trial was held in the '942 Case and the '808 Case. (5) Following the bench trial, on March 12, 2018, the Court entered Findings of Fact and Conclusions of Law and a Judgment in favor of David Rutstein and Binyomin Rutstein and against Plaintiff Compulife Software, Inc. ("Compulife") on all counts in the '942 Case and the '808 Case. (6) The Judgment entered in the '942 Case and the '808 Case is *res judicata* as to AWD's liability to Compulife in this case. *See* DE 145 at 1–2.

The parties further stipulate to dismissal of this case with prejudice, subject to Compulife's right to reopen this case and set aside the dismissal in the event that the Findings of Fact and Conclusions of Law and/or the Judgment entered against Compulife in the '942 Case and/or the '808

Case is vacated, reversed, modified and/or remanded in any way as to defendants David Rutstein or Binyomin Rutstein. *See id.* at 2. In light of the fact that Compulife may seek to reopen this case and set aside the dismissal, the Court construes the parties' Stipulation not as a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) but as an agreement that this case should be dismissed with prejudice due to the *res judicata* effect of the Judgment entered in the '942 Case and/or the '808 Case. Accordingly, it is

**ORDERED and ADJUDGED** as follows:

**1.** This case is **DISMISSED WITH PREJUDICE** in light of the Judgment entered in the '942 Case and the '808 Case, which the parties have stipulated is *res judicata* as to AWD's liability to Compulife in this case. This dismissal is not entered pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**2.** The Clerk of Court is directed to **CLOSE THIS CASE**. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 26th day of March, 2018.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record