UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  9:17-cv-80499-RLR

COMPULIFE SOFTWARE INC.,

    Plaintiff,

v.

ONE RESOURCE GROUP CORPORATION,
AMERICAN WEB DESIGNERS LTD.,
TODD J. STEWART AND ANTHONY M. WILSON,

    Defendants.

## PLAINTIFF COMPULIFE SOFTWARE INC.'S NOTICE TO THE COURT REGARDING THE MOTION TO REOPOEN CASE AND ENTER JUDGMENT AGAINST AMERICAN WEB DESIGNERS, LTD.

Plaintiff COMPULIFE SOFTWARE INC. ("Compulife"), by and through its undersigned counsel, hereby notifies the Court that American Web Designers, Ltd. ("AWD") failed to timely oppose the Motion to Reopen Case and Enter Judgment against AWD filed at ECF No. 167 and therefore Compulife respectfully requests the Court grant the motion, reopen the case as stipulated by the parties, and enter judgment against AWD in the form proposed.

Dated:  December 21, 2021        Respectfully submitted,

        */s/Joel B. Rothman*
        Joel B. Rothman
        Bar Number:  98220
        joel.rothman@sriplaw.com
        (561) 404-4350 - Telephone
        (561) 404-4353 - Facsimile

        *Counsel for Plaintiff Compulife Software Inc.*

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK