UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| COMPULIFE SOFTWARE, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 9:17-CV-80499-RLR ) |
| ONE RESOURCE GROUP CORPORATION, AMERICAN WEB DESIGNERS LTD., TODD J. STEWART AND ANTHONY M. WILSON, | ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT AMERICAN WEB DESIGNERS, LTD.'S
RESPONSE TO COURT'S ORDER TO SHOW CAUSE (D.E. 169)
AND PLAINTIFF'S MOTION TO ENTER JUDGMENT (167)**

Defendant, AMERICAN WEB DESIGNERS, LTD. ("AWD"), files this its Response to the Court's Order to Show Cause [169] and to Plaintiff's Motion to Enter Judgment Against American Web Designers, Ltd. [167] and states as follows:

1. Defendant, AMERICAN WEB DESIGNERS, LTD. ("AWD"), failed to timely respond to Plaintiff's Motion because AWD is not presently operating any business. As a result, resources were not available for AWD to respond to Plaintiff's Motion.

2. Notwithstanding, while AWD recognizes that there are collateral issues that may have been decided in the related cases, AWD does not agree that a Final Judgment should be entered without Plaintiff first moving for a finding by this Court that collateral issues were decided in the trial in the related cases warranting entry of judgment on same. As AWD was not a party to the

related cases, *res judicata* cannot properly be relied upon in obtaining a Final Judgment. *See Jang v. United Technologies Corp.*, 206 F.3d 1147, 1149 (11th Cir. 2000).

3.  Lastly, Defendants in the related cases have moved to appeal the trial court's finding that they misappropriated Plaintiff's trade secrets and as such, AWD believes this matter should be stayed until the appellate court has considered same.

WHEREFORE, Defendant, AMERICAN WEB DESIGNERS, LTD., requests that this Court deny Plaintiff's Motion for Entry of Final Judgment and such further relief as the Court deems proper.

DATED this 4th day of January, 2022.

> By: s/ Allison L. Friedman
> ALLISON L. FRIEDMAN, ESQ.
> Fla. Bar No.: 0055336
> ALLISON L. FRIEDMAN, P.A.
> 20533 Biscayne Blvd., Suite 4-435
> Aventura, Florida 33180
> (305) 905-2679 (Telephone)
> (305) 692-9387 (Facsimile)
> Ralfriedman@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, I have electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

> By: s/ Allison L. Friedman
> ALLISON L. FRIEDMAN, ESQ.
> Fla. Bar No.: 0055336
> ALLISON L. FRIEDMAN, P.A.
> 20533 Biscayne Blvd., Suite 4-435
> Aventura, Florida 33180
> (305) 905-2679 (Telephone)
> (305) 692-9387 (Facsimile)
> Ralfriedman@hotmail.com