UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-CV-80499-ROSENBERG

COMPULIFE SOFTWARE, INC.,

    Plaintiff,

v.

ONE RESOURCE GROUP
CORPORATION, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO REOPEN CASE AND ENTER JUDGMENT

This matter comes before the Court upon Plaintiff Compulife Software, Inc.'s Motion to Reopen Case and Enter Judgment Against American Web Designers, Ltd. DE 167. The Court previously referred the Motion to Magistrate Judge Bruce E. Reinhart for an appropriate disposition. DE 174. Judge Reinhart issued a Report and Recommendation in which he recommended that the Motion be denied without prejudice to Plaintiff filing a motion under Fed. R. Civ. P. 60(b). DE 175. Plaintiff has not objected to the Report and Recommendation, and the deadline to object has passed.

The Court has conducted a *de novo* review of the Report and Recommendation and the entire record and is otherwise fully advised in the premises. The Court agrees with the analysis and conclusions in the Report and Recommendation and finds Judge Reinhart's recommendation to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 175] is **ADOPTED** as the Order of the Court.

2. Plaintiff Compulife Software, Inc.'s Motion to Reopen Case and Enter Judgment Against American Web Designers, Ltd. [DE 167] is **DENIED**. This denial is without prejudice to Plaintiff's ability to file a motion under Fed. R. Civ. P. 60(b).

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 21st day of March, 2022.

                                            ROBIN L. ROSENBERG
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record